UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.V. individually and on behalf of her child E.M. aka E.M-V., a minor,

                    Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024

23 Civ. 9663 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **November 14, 2024**, the parties shall file a joint status letter advising the Court on the status of settlement negotiations.

    SO ORDERED.

Dated: October 31, 2024
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge